PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 8 2023

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

United States of America )
 )
vs. )
 )
Andris Corbin-Stephan McClendon )   Case No.   0860 4:22CR00288

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Andris Corbin-Stephan McClendon**, have discussed with **Joseph Edwards**, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Remove requirement for defendant's residential treatment to be "followed by Chem Free for duration".

I consent to this modification of my release conditions and agree to abide by this modification.

_Andris McClendon_    12/14/23         _[signature]_    12/14/23
Signature of Defendant   Date    Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                    12/18/23
Signature of Defense Counsel                    Date

The Assistant U.S. Attorney ☑ does ☐ does not concur with this modification.
☑ The above modification of conditions of release is ordered, to be effective on   12/18/23
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                    12/18/23
Signature of Judicial Officer                    Date